IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NORTHERN TRUST, NA, | ) | CIVIL 11-00531-LEK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KENNETH I. WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on July 24, 2013, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on July 25, 2013 by First Class Mail to those parties of record who are not registered participants of CM/ECF, and no objections having been filed by any party

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF NORTHERN TRUST NA'S MOTION FOR CONFIRMATION OF SALE, DIRECTING DISTRIBUTION OF PROCEEDS, FOR DEFICIENCY JUDGMENT, WRIT OF POSSESSION AND DISPOSAL OF PERSONAL PROPERTY FILED MAY 16, 2013," docket entry no. 109, are adopted as the

opinion and order of this Court.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, October 8, 2013.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**NORTHERN TRUST, NA VS. KENNETH WOLFE; CIVIL NO. 11-00531 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**